# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| CRYSTAL LAGOONS U.S. CORP. and CRYSTAL LAGOONS TECHNOLOGIES, INC.<br><br>    Plaintiffs,<br><br>    vs.<br><br>OASIS AMENITIES, LLC, SCOTT ANDREASEN, DEAN ATKINSON, RAYMOND DOUGLAS HALL, COM PAC FILTRATION, INC., UNIQUE AQUATIC DESIGN, INC., HEIDT DESIGN, LLC, LAGOON FUNATICS, LLC, and JACOB ROGERS,<br><br>    Defendants. | Civil Action No. 8:23-cv-00519 |

## PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.03, Plaintiffs Crystal Lagoons U.S. Corp. and Crystal Lagoons Technologies, Inc. ("Plaintiffs") by and through undersigned counsel, hereby makes the following disclosures:

Plaintiff Crystal Lagoons Technologies, Inc., a wholly owned subsidiary of Plaintiff Crystal Lagoons U.S. Corp., is not publicly held and no publicly held corporation owns 10% or more of its stock. Plaintiff Crystal Lagoons U.S. Corp. does not have any parent corporations, and there is no publicly held corporation that owns 10% or more of its stock.

Plaintiffs identify the following people and entities that have or might have an interest in the outcome: Crystal Lagoons U.S. Corp. and Crystal Lagoons Technologies, Inc.

Plaintiffs identify the following entities with publicly traded shares or debt potentially affected by the outcome of this litigation: None.

Plaintiffs identify the following additional entities likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditors' committee: None.

Plaintiffs identify the following persons arguably entitled for restitution: Crystal Lagoons U.S. Corp. and Crystal Lagoons Technologies, Inc.

The undersigned counsel is unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and counsel will immediately notify the judge in writing within fourteen days after he becomes aware of a conflict.

*[signature on following page]*

Date: March 8, 2023                     Respectfully submitted,

                                        **MUNCK WILSON MANDALA, LLP**
                                        2255 Glades Road, Suite 324A
                                        Boca Raton, Florida 33431
                                        Tel: (561) 210-0600
                                        Fax: (972) 628-3616

                                        By:     _/s/ Mario J. Donato_

                                        Mario J. Donato
                                        mdonato@munckwilson.com
                                        State Bar No. 974234

                                        **MUNCK WILSON MANDALA, LLP**
                                        1925 Century Park E, Suite 2300
                                        Los Angeles, California 90067
                                        Tel: (310) 855-3311
                                        Fax: (972) 628-3616

                                        Yael Tobi (_Pro Hac Vice forthcoming_)
                                        YTobi@munckwilson.com
                                        Andrew J. McKeon (_Pro Hac Vice forthcoming_)
                                        AMcKeon@munckwilson.com

                                         _Counsel for Plaintiffs_
                                         _Crystal Lagoons U.S. Corp. and Crystal_
                                         _Lagoons Technologies, Inc._