# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| CRYSTAL LAGOONS U.S. CORP. and CRYSTAL LAGOONS TECHNOLOGIES, INC.<br><br>    Plaintiffs,<br><br>    vs.<br><br>OASIS AMENITIES, LLC, SCOTT ANDREASEN, DEAN ATKINSON, RAYMOND DOUGLAS HALL, COM PAC FILTRATION, INC., UNIQUE AQUATIC DESIGN, INC., HEIDT DESIGN, LLC, LAGOON FUNATICS, LLC, and JACOB ROGERS,<br><br>    Defendants. | Civil Action No. 8:23-cv-00519-TPB-AEP |

**PROOF OF SERVICE OF SUMMONS**

| Attorney or Party without Attorney:<br>Yael Tobi (SBN )<br>MUNCK WILSON MANDALA, LLP<br>1925 Century Park East, Suite 2300<br>Los Angeles, California, 90067<br>Telephone No: (310) 286-0377<br><br>Attorney For: Plaintiff | | | Ref. No. or File No.:<br>CRLA70-00001 | For Court Use Only |
|---|---|---|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>IN THE UNITED STATES DISTRICT COURT<br>FOR THE MIDDLE DISTRICT OF FLORIDA TAMPA DIVISON | | | | |
| Plaintiff: CRYSTAL LAGOONS U.S. CORP. and CRYSTAL LAGOONS TECHNOLOGIES, INC.<br>Defendant: OASIS AMENITIES, LLC; et al. | | | | |
| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>8:23-cv-00519-TPB-AEP |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet; Plaintiff's Corporate Disclosure Statement

3. a. Party served:     COM PAC FILTRATION, INC.
   b. Person served:   Dean Atkinson, Agent for Service of Process
                       served under F.R.C.P. Rule 4.

4. Address where the party was served:   2020 W Beaver St, Jacksonville, FL 32209

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Mon, Mar 13 2023 (2) at: 11:40 AM

6. Person Who Served Papers:
   a. Jeremy Poole                         d. The Fee for Service was: $400.25
   b. FIRST LEGAL
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

03/14/2023
(Date)                                    (Signature)



PROOF OF SERVICE

8525103
(5254487)