# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| CRYSTAL LAGOONS U.S. CORP. and CRYSTAL LAGOONS TECHNOLOGIES, INC.<br><br>    Plaintiffs,<br><br>    vs.<br><br>OASIS AMENITIES, LLC, SCOTT ANDREASEN, DEAN ATKINSON, RAYMOND DOUGLAS HALL, COM PAC FILTRATION, INC., UNIQUE AQUATIC DESIGN, INC., HEIDT DESIGN, LLC, LAGOON FUNATICS, LLC, and JACOB ROGERS,<br><br>    Defendants. | Civil Action No. 8:23-cv-00519-TPB-AEP |

## **PROOF OF SERVICE OF SUMMONS**

1

| Attorney or Party without Attorney:<br>Yael Tobi<br>MUNCK WILSON MANDALA, LLP<br>1925 Century Park East, Suite 2300<br>Los Angeles, California, 90067<br>Telephone No: (310) 286-0377<br>Attorney For: Plaintiff | Ref. No. or File No.:<br>CRLA70-00001 | For Court Use Only |
|---|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT<br>for the Middle District of Florida | | |
| Plaintiff: CRYSTAL LAGOONS U.S. CORP. and CRYSTAL LAGOONS TECHNOLOGIES, INC.<br>Defendant: OASIS AMENITIES, LLC; et al. | | |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>8:23-cv-00519-TPB-AEP |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet; Plaintiff's Corporate Disclosure Statement

3. a. Party served:     RAYMOND DOUGLAS HALL
   b. Person served:  party in item 3.a.
                      Served under F.R.C.P. Rule 4.

4. Address where the party was served:   4369 Dottie Ct, Spring Hill, FL 34607

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Sat, Mar 11 2023 (2) at: 10:07 AM

6. **Person Who Served Papers:**
   a. Joseph Groeneveld
   b. **FIRST LEGAL**
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111

   d. *The Fee* for Service was: $400.25

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

03/13/2023
(Date)

(Signature) 



PROOF OF SERVICE

8525055
(5254480)