UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| **CRYSTAL LAGOONS U.S. CORP.,** and **CRYSTAL LAGOONS TECHNOLOGIES, INC.,**<br><br>Plaintiffs,<br><br>v.<br><br>**OASIS AMENITIES, LLC;**<br>**SCOTT ANDREASEN;**<br>**DEAN ATKINSON;**<br>**RAYMOND DOUGLAS HALL;**<br>**COM PAC FILTRATION, INC.;**<br>**UNIQUE AQUATIC DESIGN, INC.;**<br>**HEIDT DESIGN, LLC;**<br>**LAGOON FUNATICS, LLC;** and<br>**JACOB ROGERS,**<br><br>Defendants. | Case No.: 8:23-cv-00519-TPB-AEP |

### NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(c), I certify that the instant action:

_XX_ IS    related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

*Crystal Lagoons US Corp. and Crystal Lagoons Technologies vs. Cloward H20 and Pacific Aquascape International,* United States District Court, District of Utah, Civil No. 2:19-cv-00796-BSJ;

*Consolidated with:*

1

*Crystal Lagoons US Corp. and Crystal Lagoons Technologies vs. Pacific Aquascape International,* United States district Court, District of Utah, Civil No. 2:21-cv-00507-BSJ;

*Crystal Lagoons US Corp. and Crystal Lagoons Technologies vs. Desert Color Manager; Desert color St. George; AJ Construction (terminated); Tri-State Ventures (terminated); d/b/a Carefree Homes (terminated); Cole West Home (terminated); Holmes Homes (terminated); Sullivan Homes; Pacific Aquascape International;* United States District Court, District of Utah, Civil No. 2:20-cv-00851-BSJ;

*Crystal Lagoons U.S. Corp.; Crystal Lagoons Technologies, Inc. vs. Cloward H20 LLC;* United States District Court, Southern District of Florida, Civil No. 1:22-cv-21823-CMA (Stayed, pending resolution of the three lawsuits pending in the District of Utah).

___IS NOT          related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

Respectfully submitted April 17, 2023.

*/s/ Brian R. Gilchrist*
Brian R. Gilchrist, FL Bar No. 774065
bgilchrist@allendyer.com
Ryan T. Santurri, FL Bar No. 15698
rsanturri@allendyer.com
Melissa Dangond, FL Bar No. 1025285
mdangond@allendyer.com
Allen, Dyer, Doppelt + Gilchrist, P.A.
255 S. Orange Avenue, Suite 1401
Orlando, Florida 32801
Tel. (407) 841-2330
Fax: (407) 841-2343

*Attorneys for Defendants,*
*Com Pac Filtration, Inc.;*
*Unique Aquatic Design; Inc.;*
*and Dean Atkinson*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 17, 2023, I presented the foregoing to the Clerk of the Court for filing and uploading to the Case Management/Electronic Case Filing ("CM/ECF") system which will send a Notice of Electronic Filing to the following CM/ECF participants:

Counsel for Plaintiffs:

Mario Joseph Donato, Jr.
Florida Bar No. 974234
mdonato@munckwilson.com
MUNCK WILSON MANDALA, TX
12720 Coit Road, Suite 600
Dallas, TX 75251
Telephone: 972-628-3665

Counsel for Defendant,
Heidt Design, LLC:

David L. Luikart, III
Florida Bar No. 21079
dave.luikart@hwhlaw.com
Hill, Ward, Henderson, PA
101 East Kennedy Blvd., Ste. 3700
Tampa, FL  33602

Counsel for Defendant,
Raymond Douglas Hall

Jonathan A. Stimler
Florida Bar No. 28515
jstimler@foley.com
Foley & Larder, LLP
1 Independent Drive, Ste. 1300
Jacksonville, FL  32202
Telephone:  904-359-200

*/s/ Brian R. Gilchrist*
Brian R. Gilchrist, FL Bar #774065
bgilchrist@allendyer.com

3