UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CRYSTAL LAGOONS US CORP. AND CRYSTAL LAGOONS TECHNOLOGIES, INC.,

    Plaintiffs,

v.                                                                                       Case No. 8:23-CV-00519

OASIS AMENITIES, LLC, SCOTT ANDREASEN, DEAN ATKINSON, RAYMOND DOUGLAS HALL, COM PACT FILTRATION, INC., UNIQUE AQUATIC DESIGN, INC., HEIDT DESIGN, LLC, LAGOON FUNATICS, LLC AND JACOB ROGERS,

    Defendants.

_____

**NOTICE OF APPEARANCE AND DESIGNATION AS LEAD COUNSEL**

    Notice is hereby given that the undersigned counsel files this Notice of Appearance as counsel of record for Defendants Oasis Amenities, LLC, Scott Andreasen, Raymond Douglas Hall, Jacob Rogers, and Dean Atkinson and requests copies of all pleadings, notices, orders, and other papers in this cause be provided to the undersigned.

    Pursuant to Local Rule 2.02(a), Defendants Oasis Amenities, LLC, Scott Andreasen, Raymond Douglas Hall, and Jacob Rogers designate Jeffrey M. Kolokoff as Lead Counsel in this civil action.

    Respectfully submitted May 11, 2023.

                              **QUINTAIROS PRIETO WOOD & BOYER PA**

By: /s/ Jeffrey M. Kolokoff
JEFFREY M. KOLOKOFF
Florida Bar Number 28008
jeffrey.kolokoff@qpwblaw.com
EDWARD J. HAFER
edward.hafer@qpwblaw.com
Special Admission Motion Forthcoming
MATTHEW D. WILSON
matthew.wilson@qpwblaw.com
Special Admission Motion Forthcoming
216 16th Street, Suite 1750
Denver, Colorado 80202
Phone: (720) 798-1620; Fax: (720) 798-1630

Attorneys for Defendants Oasis Amenities, LLC, Scott Andreasen, Raymond Douglas Hall, Jacob Rogers, and Dean Atkinson

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 11, 2023, I presented the foregoing to the Clerk of the Court for filing and uploading to the Case Management/Electronic Case Filing ("CM/ECF") system which will send a Notice of Electronic Filing to the following CM/ECF participants:

Mario Joseph Donato, Jr.
Munck Wilson Mandala, TX
12770 Coit Rd, Suite 600
Dallas, TX 75251

Jonathan Stimler
Foley & Lardner, LLP
One Independent Dr., Ste. 1300
Jacksonville, FL 32202

David L. Luikart, III
Hill Ward Henderson
101 E. Kennedy Blvd.

Suite 3700
Tampa, FL 33602

Jonathan J. Ellis
Shumaker, Loop & Kendrick, LLP
101 E Kennedy Blvd Ste 2800
Tampa, FL 33602

Jeffrey B. Fabian
Shumaker, Loop & Kendrick, LLP
101 E Kennedy Blvd Ste 2800
Tampa, FL 33602

        /s/ Jeffrey M. Kolokoff
        Jeffrey M. Kolokoff
        Florida Bar Number 28008
        jeffrey.kolokoff@qpwblaw.com