UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CRYSTAL LAGOONS US CORP. AND CRYSTAL LAGOONS TECHNOLOGIES, INC.,

    Plaintiffs,

v.                                                                                                  Case No. 8:23-CV-00519

OASIS AMENITIES, LLC, SCOTT ANDREASEN, DEAN ATKINSON, RAYMOND DOUGLAS HALL, COM PACT FILTRATION, INC., UNIQUE AQUATIC DESIGN, INC., HEIDT DESIGN, LLC, LAGOON FUNATICS, LLC AND JACOB ROGERS,

    Defendants.

_____

### UNOPPOSED MOTION TO EXTEND DEFENDANTS OASIS AMENITIES, LLC, SCOTT ANDREASEN, RAYMOND DOUGLAS HALL, JACOB ROGERS, AND DEAN ATKINSON'S TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT

Defendants Oasis Amenities, LLC, Scott Andreasen, Raymond Douglas Hall, Jacob Rogers, and Dean Atkinson, through the undersigned counsel, move to extend the deadline to answer or otherwise respond to Plaintiff's First Amended Complaint to June 16, 2023.  Plaintiffs do not oppose this motion.

This extension of time is requested to review and research complicated issues and allegations raised in the First Amended Complaint and to allow Counsel to meet existing deadlines in other pending matters.

This request and motion is made in good faith and not for the purpose of delay.

In filing this Motion, Oasis Amenities, LLC, Scott Andreasen, Raymond Douglas Hall, Jacob Rogers, and Dean Atkinson expressly reserves and preserves all its rights and defenses.

## MEMORANDUM OF LAW

Fed. R. Civ. P. 6 states in pertinent part as follows:

"(b) Extending Time.

**(1) In General**. When an act may or must be done within a specified time, the court may, for good cause, extend the time:

**(A)** with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires . . ."

Fed. R. Civ. P. 6 gives this Honorable Court the necessary discretion to enlarge the time to respond to the Plaintiff's First Amended Complaint. Moreover, there is good cause shown, as set forth above, and allowing Oasis Amenities, LLC, Scott Andreasen, Raymond Douglas Hall, Jacob Rogers, and Dean Atkinson the requested extension will prejudice no party. Plaintiffs have stipulated to the requested enlargement of time.

WHEREFORE, Defendants, Oasis Amenities, LLC, Scott Andreasen, Raymond Douglas Hall, Jacob Rogers, and Dean Atkinson, respectfully request entry of an order granting it an extension of time to respond to the Plaintiff's

First Amended Complaint until June 16, 2023, and granting such further and other relief as this Court deems just and proper.

**LOCAL RULE 3.01(g) CERTIFICATION**

Pursuant to Local Rule 3.01(g) of the Middle District of Florida, the undersigned hereby certifies that movant has conferred with Plaintiffs' counsel, who agrees to the relief requested herein.

Respectfully submitted June 7, 2023.

> **QUINTAIROS PRIETO WOOD & BOYER**
> By: /s/ Jeffrey M. Kolokoff
> JEFFREY M. KOLOKOFF
> Florida Bar Number 28008
> jeffrey.kolokoff@qpwblaw.com
> EDWARD J. HAFER
> edward.hafer@qpwblaw.com
> Special Admission Motion Forthcoming
> MATTHEW D. WILSON
> matthew.wilson@qpwblaw.com
> Special Admission Motion Forthcoming
> 216 16th Street, Suite 1750
> Denver, Colorado 80202
> Phone: (720) 798-1620
> Fax: (720) 798-1630
>
> Attorneys for Defendants Oasis Amenities, LLC, Scott Andreasen, Raymond Douglas Hall, Jacob Rogers, and Dean Atkinson

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 7, 2023, I presented the foregoing to the Clerk of the Court for filing and uploading to the Case

Management/Electronic Case Filing ("CM/ECF") system which will send a Notice of Electronic Filing to the following CM/ECF participants:

Andrew John McKeon
Mario Joseph Donato, Jr.
Munck Wilson Mandala, TX
12770 Coit Rd, Suite 600
Dallas, TX 75251

Jonathan Stimler
Jared J. Braithwaite
Alexis Keiko Juergens
Foley & Lardner, LLP
One Independent Dr., Ste. 1300
Jacksonville, FL 32202

Brian Gilchrist
Allen, Dyer, Doppelt & Gilchrist, PA
255 S Orange Ave
Suite 1401
Orlando, FL 32801

David L. Luikart, III
Hill Ward Henderson
101 E. Kennedy Blvd.
Suite 3700
Tampa, FL 33602

Jonathan J. Ellis
Jeffrey B. Fabian
Shumaker, Loop & Kendrick, LLP
101 E Kennedy Blvd Ste 2800
Tampa, FL 33602

/s/ Jeffrey M. Kolokoff
Jeffrey M. Kolokoff
Florida Bar Number 28008
jeffrey.kolokoff@qpwblaw.com